# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 4, 2021

Bridget M. McCormack,
Chief Justice

161396(76)

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

DONALD WAYNE DAVIS, JR.,
        Defendant-Appellant.
_____/

SC: 161396
COA: 343432
Genesee CC: 16-040020-FC

On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing its supplement brief is GRANTED. The supplemental brief submitted on June 2, 2021, is accepted as timely filed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 4, 2021



Clerk